UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEAZAR VILLEGAS,<br><br>        Plaintiff,<br><br>    v.<br><br>LAURIE SMITH, et al.,<br><br>        Defendants. | Case No. 17-cv-05564-HSG (PR)<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to provide the Court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 1/26/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge